FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY ALAN GRIFFIN; SHARON RAE CANNON; LARRY ALAN GRIFFIN, Trustee of the Cannon Living Trust; SHARON RAE CANNON, Trustee of the Cannon Living Trust; GARY WEAVER; DOROTHY WEAVER; and FRANKLIN COUNTY,<br><br>Defendants. | No.   4:17-CV-05129-SMJ<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Before the Court, without oral argument, is the parties' Joint Motion to Dismiss Proceeding, ECF No. 31. The parties move to dismiss with prejudice the Complaint in this matter, ECF No. 1. Having reviewed the file and records herein, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' Joint Motion to Dismiss Proceeding, **ECF No. 31**, is **GRANTED**.

ORDER GRANTING JOINT MOTION TO DISMISS **-** 1

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING JOINT MOTION TO DISMISS **-** 2